

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mary Flentge McAuley, Willie O. Flentge, Jr., and Charles Ray Flentge, Appellants

No. 06-15-00051-CV          v.

Carl Dean Flentge, Independent Executor of the Estate of Laverna Flentge, Carl Dean Flentge, David Flentge and Daniel Junek, Independent Executor of the Estate of Willie Otto Flentge, Sr., Individually, and as Shareholders and on behalf of W.L. Ranch, Inc., Appellees

Appeal from the 21st District Court of Burleson County, Texas (Tr. Ct. No. 26,704). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

RENDERED JUNE 8, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk